947 A.2d 622

IN THE MATTER OF NATHANIEL MARTIN DAVIS, AN
ATTORNEY AT LAW (ATTORNEY NO. 025241995).

September 11, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–026, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14, **NATHANIEL MARTIN DAVIS** of **NEWARK,** who was admitted to the bar of this State in 1996, should be reprimanded based on discipline imposed in the Commonwealth Pennsylvania for conduct that in New Jersey violates *RPC* 1.16(a)(1)(failure to withdraw from representation where the representation will result in violation of the RPCs), *RPC* 3.3(a)(1)(making a false statement of material fact or law to a tribunal), *RPC* 4.1(a)(knowingly making a false statement of material fact to a third person), *RPC* 5.5(a)and(b)(unauthorized practice of law), *RPC* 7.1(a)(making a false or misleading communications about the lawyer or lawyer's designation), *RPC* 8.4(b)(committing a criminal act that reflects adversely on the attorney's honesty, trustworthiness, or fitness to practice law), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation) and *RPC* 8.4(d)(conduct prejudicial to the administration of justice);

And respondent having appeared on the Order to show cause in this matter;

And good cause appearing;

It is ORDERED that **NATHANIEL MARTIN DAVIS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.